# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2021 KW 1151

VERSUS

MARK EGANNA SPICER, JR.                          **DECEMBER 30, 2021**

---

In Re:     Mark Eganna Spicer, Jr., applying for supervisory
           writs, 22nd Judicial District Court, Parish of St.
           Tammany, No. 3932-F-2019.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_signature_

DEPUTY CLERK OF COURT
FOR THE COURT